UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE D. LENCH,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:15-CV-01482-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: June 29, 2016        _____
　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE